# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYNETTA GREEN, | Case No. CV 08-7775-AG (DTB) |
| Petitioner, | |
| vs. | **JUDGMENT** |
| MARRY LATTIMORE, Warden, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: Dec 1, 2009

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE